*Messrs. Roger S. Foster, Milton V. Freeman,* and *George Zolotar* for the Securities & Exchange Commission, respondents.

No. 415. WALTER WANGER PICTURES, INC. *v.* ROGAN, EXECUTRIX. October 23, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. John B. Milliken* and *L. A. Luce* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Mr. J. Louis Monarch* for respondent.

No. 418. NETCHER *v.* COMMISSIONER OF INTERNAL REVENUE. October 23, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. L. A. Luce* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. J. Louis Monarch* and *L. W. Post* for respondent.

No. 423. UNITED STATES EX REL. JORDAN *v.* ICKES, SECRETARY OF THE INTERIOR. October 23, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. James E. Watson* and *Orin de Motte Walker* for petitioner. *Solicitor General Fahy, Assistant Attorney General Littell,* and *Mr. Norman MacDonald* for respondent.

No. 425. POWERS ET AL. *v.* BOWLES, PRICE ADMINISTRATOR. October 23, 1944. Petition for writ of certiorari